Mark F. Gallagher
Hawaii Bar No.: 6016
mgallagher@hawaiiantel.net
66 Kaiholu Place
Kailua, Hawaii 96734
(808) 535-1500

HERMAN LAW
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Tel:  305-931-2200
Fax:  305-931-0877
Jeff Herman
Florida Bar No. 521647
jherman@hermanlaw.com
(pending application for *pro hac vice* admission)
Dennis E. Siegel
Florida Bar No. 258131
dsiegel@hermanlaw.com
(pending application for *pro hac vice* admission)
Lee Gill Cohen
Florida Bar No. 825670
lcohen@hermanlaw.com
(pending application for *pro hac vice* admission)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL F. EGAN, III, | ) | Civil Action No. 14-00190 SOM-BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF VOLUNTARY DISMISSAL OF |
| vs. | ) | PLAINTIFF MICHAEL F. EGAN, III |
| | ) | PURSUANT TO RULE 41(a)(1)(A)(i) |
| DAVID ALEXANDER NEUMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff MICHAEL F. EGAN, III, by and through his undersigned attorney, hereby gives notice that pursuant to Rule 41(a)(1)(A)(i), F.R.C.P., the above captioned action is dismissed without prejudice against Defendant David Alexander Neuman.

Dated:  June 4, 2014.

Respectfully submitted,
Mark F. Gallagher
Hawaii Bar No.:  6016
66 Kaiholu Place
Kailua, Hawaii  96734
mgallagher@hawaiiantel.net
(808)535-1500

By: /s/ Mark F. Gallagher
        Mark F. Gallagher

HERMAN LAW
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431

Tel:  305-931-2200
Fax:  305-931-0877
www.hermanlaw.com
Jeff Herman
Florida Bar No. 521647
jherman@hermanlaw.com
(pending application for *pro hac vice* admission)
Dennis E. Siegel
Florida Bar No. 258131
dsiegel@hermanlaw.com
(pending application for *pro hac vice* admission)
Lee Gill Cohen
Florida Bar No. 825670
lcohen@hermanlaw.com
(pending application for *pro hac vice* admission)